## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| IN RE: ANTONELLO BOLDRINI | : | No. 418 MAL 2023 |
| | : | |
| | : | |
| PETITION OF: ANTONELLO BOLDRINI | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of December, 2023, the Petition for Allowance of Appeal and the "Application for Leave to File Evidences Package" are **DENIED**.